**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Jamal Brown, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                         *Plaintiffs*,

      -*against*-

Chelsea 7 Corporation, Rainbow Station 7 Inc., Dumesh Kankanamalage, and Indika Subeappa Kankanamalage,

                         *Defendants*.
------------------------------------------------------------X

Case No.: 22-cv-04776-EK-SJB

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Chelsea 7 Corporation, Rainbow Station 7 Inc., and Indika Subeappa Kankanamalage (collectively, the "Defendants") (collectively, the "Defendants"), having offered to allow Plaintiffs Jamal Brown and Prabath Kariyapperuma (together, the "Plaintiffs") to take a judgment against the Defendants in this action in the total sum of Twenty-Eight Thousand Dollars and Zero Cents ($28,000.00) (the "Judgment Amount"), payable as follows:

1. A payment in the amount of Ten Thousand Dollars and Zero Cents ($10,000) (the "Initial Payment") on or before April 21, 2023;

2. Four (4) monthly installment payments in the totaled amount of Eighteen Thousand Dollars and Zero Cents ($18,000.00) (collectively, the "Installment Payments") payable as follows:

    a. An Installment Payment of Five Thousand Dollars and Zero Cents ($5,000.00) payable within thirty (30) days of the due date of the Initial Payment;

    b. An Installment Payment of Five Thousand Dollars and Zero Cents ($5,000.00) payable within sixty (60) days of the due date of the Initial Payment;

    c. An Installment Payment of Five Thousand Dollars and Zero Cents ($5,000.00) payable within ninety (90) days of the due date of the Initial Payment; and

      d.  An Installment Payment of Three Thousand Dollars and Zero Cents ($3,000.00) payable within one-hundred and twenty (120) days of the due date of the Initial Payment.

WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of Fifty-Six Thousand Dollars and Zero Cents ($56,000.00) together with all costs and attorneys' fees incurred by Plaintiffs in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of thes Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiffs' counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                        By:  *Jason Mizrahi*
                                                             Jason Mizrahi
                                                              60 East 42nd Street, Suite 4700
                                                             New York, NY 10165
                                                             Tel. No.: (212) 792-0048
                                                             Email: Jason@levinepstein.com
                                                             *Attorneys for Plaintiffs*

Via ECF: All Counsel

Encl.