UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Jamal Brown, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

                       Plaintiffs,                  JUDGMENT

v.                                               22-cv-04776-EK-SJB

Chelsea 7 Corporation, Rainbow Station 7 Inc.,
Dumesh Kankanamalage, and Indika Subeappa
Kankanamalage,

                     Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 1, 2023; and defendants Chelsea 7 Corporation, Rainbow Station 7 Inc., and Indika Subeappa Kankanamalage, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs Jamal Brown and Prabath Kariyapperuma in the total sum of Twenty-Eight Thousand Dollars and Zero Cents ($28,000.00) (the "Judgment Amount"); it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Jamal Brown and Prabath Kariyapperuma and against defendants Chelsea 7 Corporation, Rainbow Station 7 Inc., and Indika Subeappa Kankanamalage, in this action in the total sum of Twenty-Eight Thousand Dollars and Zero Cents ($28,000.00) (the "Judgment Amount"), payable as follows:

      1. A payment in the amount of Ten Thousand Dollars and Zero Cents ($10,000) (the "Initial Payment") on or before April 21, 2023;

      2. Four (4) monthly installment payments in the totaled amount of Eighteen Thousand Dollars and Zero Cents ($18,000.00) (collectively, the "Installment Payments") payable as follows:

      a. An Installment Payment of Five Thousand Dollars and Zero Cents ($5,000.00) payable within thirty (30) days of the due date of the Initial Payment;

      b. An Installment Payment of Five Thousand Dollars and Zero Cents ($5,000.00) payable within sixty (60) days of the due date of the Initial Payment;

      c. An Installment Payment of Five Thousand Dollars and Zero Cents ($5,000.00) payable within ninety (90) days of the due date of the Initial Payment; and

      d. An Installment Payment of Three Thousand Dollars and Zero Cents ($3,000.00) payable within one-hundred and twenty (120) days of the due date of the Initial Payment.

| | |
|---|---|
| Dated: Brooklyn, New York<br>June 12, 2023 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>      Deputy Clerk |